CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 15 2015
JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF HACKBERRY BAPTIST CHURCH,, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 4:14-cv-00037<br>)<br>) **ORDER** |
| v. | )<br>) |
| RHONDA DODY WOMACK, ET AL., | ) By: Hon. Jackson L. Kiser<br>) Senior U. S. District Judge<br>) |
| Defendants. | |

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to the terms of the stipulation, it is **ORDERED** that this action is dismissed with prejudice and the clerk is directed to close the case.

ENTER: May 15, 2015

*/s/ Jackson L. Kiser*
Senior United States District Judge